ACCEPTED
14-14-00861-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 4:53:59 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00861-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/31/2015 4:53:59 PM

CHRISTOPHER A. PRINE
Clerk

THERESA WASHINGTON-JARMON,

APPELLANT,

V.

ONEWEST BANK, FSB,

APPELLEE.

APPEAL FROM 215TH JUDICIAL DISTRICT COURT,
HARRIS COUNTY, TEXAS

**UNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLEE'S RESPONSE BRIEF**

DYKEMA GOSSETT PLLC

Thomas M. Hanson
State Bar No. 24068703
thanson@dykema.com
DYKEMA COX SMITH
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400 – Telephone
(214) 462-6401 – Facsimile

**July 31, 2015**

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellee OneWest Bank N.A., formerly known as OneWest Bank, FSB ("Appellee") respectfully requests an extension of time to file its Response Brief. Appellant Theresa Washington-Jarmon ("Ms. Washington-Jarmon") has informed counsel for Appellee that she does not oppose the requested relief. In support of this Motion, Appellee would respectfully show the Court as follows:

1.     The District Court granted Appellee's motion for summary judgment on May 9, 2014. Ms. Washington-Jarmon subsequently initiated this appeal on October 23, 2014.

2.     Ms. Washington-Jarmon's brief on appeal was filed on July 1, 2015, and Appellee's brief is due on July 31, 2015.

3.     The dispute in this case hinges on whether Ms. Washington-Jarmon is a borrower under her Home Equity Conversion Mortgage, as she contends, or whether she is a non-borrower spouse, as Appellee contends. Due to a recent change in policy by the U.S. Department of Housing and Urban Development, which administers the federal Home Equity Conversion Mortgage program, the parties have an opportunity to resolve this matter which has not previously been available.

4.     In order to allow the Parties time to explore this settlement opportunity, Appellee respectfully requests a 30-day extension of time to file its brief.

2

5. Ms. Washington-Jarmon will not be prejudiced if the requested relief is granted. Indeed, counsel for Ms. Washington-Jarmon stated on July 31, 2015 that he is unopposed to the relief sought herein. Further, even though Ms. Washington-Jarmon has not filed a supersedeas bond in the District Court, Appellee has voluntarily abated foreclosure proceedings during this appeal, despite having authority to proceed with foreclosure following the District Court's grant of summary judgment. Accordingly, any additional time granted by this Court inures to Ms. Washington-Jarmon's benefit.

6. This relief is not sought solely for delay or to prejudice any party, but rather so that justice may be done.

For the reasons stated above, Appellee OneWest Bank N.A. respectfully requests that this Court grant this Unopposed Motion to Extend Time to File Appellee's Brief and extend Appellee's deadline to file its brief by 30 days. Appellee further requests that this Court grant it any additional relief, in law or in equity, to which it is justly entitled.

Date: July 31, 2015

Respectfully submitted,

*/s/ Thomas M. Hanson*

Thomas M. Hanson
State Bar No. 24068703
thanson@dykema.com
**DYKEMA COX SMITH**
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400 – Telephone
(214) 462-6401 – Facsimile

**ATTORNEYS FOR APPELLEE
ONEWEST BANK N.A.**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on July 31, 2015, he conferred with counsel for Appellant who stated that neither he nor Appellant oppose the relief requested in this Motion.

*/s/ Thomas M. Hanson*
Thomas M. Hanson


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion was served upon Appellant's counsel by electronic service on July 31, 2015.

Michael Hooper
P.O. Box 2134
Frisco, Texas 75305
mhooper@hooperlawfirm.net


**COUNSEL FOR APPELLANT**

*/s/ Thomas M. Hanson*
Thomas M. Hanson